## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DISH TECHNOLOGIES L.L.C and SLING TV L.L.C.<br><br>*Plaintiffs*,<br><br>v.<br><br>IFIT HEALTH & FITNESS, INC.<br><br>*Defendant.* | C.A. No. 23-963-GBW |

### [PROPOSED] ORDER GRANTING DISMISSAL WITH PREJUDICE

Before the Court is the Notice of Voluntary Dismissal with Prejudice Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) (the "Notice") filed by Plaintiffs DISH Technologies L.L.C and Sling TV L.L.C. (collectively, "Plaintiffs"). Pursuant to Rule 41(a)(1)(A)(i), all pending claims and causes of action against Defendant iFIT Health & Fitness, Inc., in the above-captioned case are **DISMISSED WITH PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees.

The Clerk of the Court is directed to **CLOSE** the above-captioned case.

**IT IS SO ORDERED.**

Dated: March 7, 2024

_____
United States District Judge

{01993740;v1 }